**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1055

CHARLES L. FREEZE,

Plaintiff - Appellant,

versus

VETERANS ADMINISTRATION MEDICAL CENTER, in
Salisbury, North Carolina,

Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Frank W. Bullock, Jr.,
Senior District Judge.  (CA-05-219-1-FWB)

Submitted: March 30, 2006            Decided: April 10, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles L. Freeze, Appellant Pro Se.  Lynne P. Klauer, OFFICE OF
THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles L. Freeze appeals the district court's orders denying his motion to recuse and dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court.  See Freeze v. Veterans Admin. Med. Ctr., No. CA-05-219-1-FWB (M.D.N.C. June 21, 2005; Dec. 29, 2005).  We deny Freeze's motions to recuse the district court judge, to charge the district court judge with obstruction of justice, and for an en banc hearing.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED